■ In the Matter of Liam Q. Administration for Children's Services, Respondent; Elizabeth P., Appellant. (Proceeding No. 1.) In the Matter of Francisco Q. Administration for Children's Services, Respondent; Elizabeth P., Appellant. (Proceeding No. 2.) [17 NYS3d 656]—Appeal from an order of disposition of the Family Court, Queens County (Maria Arias, J.), dated December 16, 2013. The order, upon a fact-finding order of that court dated October 4, 2013, entered upon the mother's consent, finding that she neglected the subject children, inter alia, released the subject children to the care and custody of the nonrespondent father and his partner.

Ordered that the order of disposition is affirmed, without costs or disbursements.

Contrary to the mother's contention, the Family Court providently exercised its discretion in denying the mother's request, in effect, for a second adjournment of the dispositional hearing (*see Matter of Evelyn R. [Franklin R.],* 117 AD3d 957 [2014]; *Matter of Dominique Beyonce R. [Maria Isabel R.],* 82 AD3d 984, 985 [2011]).

The mother's remaining contentions are without merit. Hall, J.P., Austin, Sgroi and Hinds-Radix, JJ., concur.